27 So.2d 512

### Leamon BOWMAN v. STATE.
### 7 Div. 884.

Supreme Court of Alabama.
Oct. 10, 1946.

Obe Riddle, of Talladega, for petitioner.

Wm. N. McQueen, Atty. Gen., and Mac-Donald Gallion, Asst. Atty. Gen., opposed.

GARDNER, Chief Justice.

Petition of Leamon Bowman for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Bowman v. State, 27 So.2d 511.

Writ denied.

BROWN, LIVINGSTON and SIMPSON, JJ., concur.